No. 82–5818. IN RE GREEN. Petition for writ of habeas corpus denied.

No. 82–5706. IN RE PITTS. Petition for writ of mandamus denied.

No. 82–585. ALOHA AIRLINES, INC. v. DIRECTOR OF TAXATION OF HAWAII; and

No. 82–586. HAWAIIAN AIRLINES, INC. v. DIRECTOR OF TAXATION OF HAWAII. Appeals from Sup. Ct. Haw. Probable jurisdiction noted, cases consolidated, and a total of one hour allotted for oral argument. Reported below: 65 Haw. 1, 647 P. 2d 263.

No. 82–500. SOUTHLAND CORP. ET AL. v. KEATING ET AL. Appeal from Sup. Ct. Cal. Further consideration of question of jurisdiction postponed to hearing of case on the merits.

No. 81–2159. SILKWOOD, ADMINISTRATOR OF THE ESTATE OF SILKWOOD v. KERR-MCGEE CORP. ET AL. Appeal from C. A. 10th Cir. Motion of Wisconsin et al. for leave to file a brief as amici curiae granted. Further consideration of question of jurisdiction postponed to hearing of case on the merits.

No. 82–374. FLANAGAN ET AL. v. UNITED STATES. C. A. 3d Cir. Certiorari granted.

No. 82–472. RUSSELLO v. UNITED STATES. C. A. 5th Cir. Certiorari granted.

No. 82–618. KOSAK v. UNITED STATES. C. A. 3d Cir. Certiorari granted.